

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Cody Wommack

No. 06-25-00042-CV

Original Mandamus Proceeding

Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find that the Relator's petition for a writ of mandamus should be dismissed for want of jurisdiction. Therefore, we dismiss the petition.

RENDERED APRIL 30, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk